May 24, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. _____

19-60134-CR-ZLOCH/HUNT

18 U.S.C. § 1546(a)
18 U.S.C. § 982(a)(6)

UNITED STATES OF AMERICA

vs.

JENNY HERNANDEZ,

    Defendant.

_____/

### INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Information:

1. The Department of Homeland Security and United States Citizenship and Immigration Services (hereinafter referred to as "USCIS") were agencies of the executive branch of the Government of the United States.

2. Corporate Victim 1 (hereinafter referred to as "CV-1") was incorporated in the State of Florida in 2007, with its principal place of business in Miami-Dade County, Florida. CV-1 was a Florida for-profit supply company located in Doral, Florida.

3. Corporate Victim 2 (hereinafter referred to as "CV-2") was incorporated in the State of Florida in 2001, with its principal place of business in Miami-Dade County, Florida. CV-2 was a Florida for-profit logistics company located in Doral, Florida.

1

4. Corporate Victim 3 (hereinafter referred to as "CV-3") was incorporated in the State of Florida in 2012, with its principal place of business in Miami-Dade County, Florida. CV-3 was a Florida for-profit investment company located in Doral, Florida.

5. Petit Bakery Cafe LLC was incorporated in the State of Florida in 2013, with its principal place of business in Broward County, Florida. Petit Bakery Cafe LLC was a Florida for-profit baking business located in Coral Springs, Florida owned by the defendant and another individual.

6. Four J's of USA Corp. was incorporated in the State of Florida in 2014, with its principal place of business in Broward County, Florida. Four J's of USA Corp. was a limited liability corporation owned by the defendant and another individual.

7. Immigration Form Center (hereinafter referred to as "IFC"), Inc. was incorporated in the State of Florida in 2004, with its principal place of business in Broward County, Florida. IFC was a for-profit Florida immigration consulting corporation run by the defendant, located at 5461 N. University Drive, Suite 104, Coral Springs, Florida 33067. On the Broward County Property Appraiser's website, IFC's address was listed as 5461 N. University Drive, #1204, Coral Springs, Florida 33067. The former was IFC's mailing address and latter was its legal address. The defendant was the President and registered agent of the IFC.

8. Relevant to the dates set forth in this Information, the defendant and her businesses maintained the following bank accounts in the Southern District of Florida:

   a. Account number ending in 4987 in the name of "Four J's of USA Corp." at SunTrust Bank in Broward County, Florida. The defendant was a signatory on this account.

2

b. Account number ending in 1835 in the name of "Immigration Form Center Inc." at SunTrust Bank in Broward County, Florida. The defendant was a signatory on this account.

## COUNTS 1-4
### False Statements in Immigration Application
### (18 U.S.C. § 1546(a))

1. Paragraphs 1 through 8 of the General Allegations section of this Information are re-alleged and incorporated by reference as if fully set forth herein.

2. On or about the dates set forth in each count below, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**JENNY HERNANDEZ,**

did knowingly present and cause to be presented to the United States Citizenship and Immigration Services, an application required by the immigration laws and regulations prescribed thereunder, which contained false statements with respect to a material fact, that is, a Form I-140, Immigrant Petition for Alien Worker, in which the defendant stated that the aliens set forth in each count below were going to work as multinational executives or managers at businesses set forth in each count below, when in truth and in fact, as the defendant then and there well knew, said statements as set forth in each count below, were false:

3

| COUNT | ALIEN | DATE & FALSE STATEMENT |
|---|---|---|
| 1 | J.E.P.C. | On the Form I-140, Immigrant Petition for Alien Worker, submitted on or about July 28, 2014, that alien J.E.P.C was to be employed at CV-1 as a multinational executive or manager. |
| 2 | M.E. | On the Form I-140, Immigrant Petition for Alien Worker, submitted on or about April 1, 2016, that alien M.E. was to be employed at the defendant's company, Petit Bakery Cafe LLC, as a multinational executive or manager. |
| 3 | V.L. | On the Form I-140, Immigrant Petition for Alien Worker, submitted on or about May 5, 2016, that alien V.L. was to be employed at CV-3 as a multinational executive or manager. |
| 4 | M.F. | On the Form I-140, Immigrant Petition for Alien Worker, submitted on or about March 9, 2017, that alien M.F. was to be employed at CV-2 as a multinational executive or manager. |

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

## FORFEITURE ALLEGATIONS
### (18 U.S.C. § 982(a)(6))

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for alleging criminal forfeiture to the United States of America of certain property in which the defendant, **JENNY HERNANDEZ**, has an interest.

2. Upon the conviction of a violation of Title 18, United States Code, Section 1546, as alleged in this Information, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(6), the following:

    (a)    any conveyance, including any vessel, vehicle, or aircraft used in the commission of such violation; and

4

(b)   any property, real or personal –

(1)   that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of such violation; or

(2)   that was used to facilitate, or was intended to be used to facilitate, the commission of such violation.

3.   The property subject to forfeiture includes, but is not limited to: real property located at 5461 N. University Drive #1204, Coral Springs, FL 33067.

4.   If any of the property described above, as a result of any act or omission of any of the defendant:

a)   cannot be located upon the exercise of due diligence;

b)   has been transferred or sold to, or deposited with, a third party;

c)   has been placed beyond the jurisdiction of the court;

d)   has been substantially diminished in value; or

e)   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Section 982(a)(6), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 982(b)(1).

*[signature]*
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

*[signature]*
RANDALL D. KATZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

vs.
                                  **CERTIFICATE OF TRIAL ATTORNEY***
JENNY HERNANDEZ,

       **Defendant.**
_____/  **Superseding Case Information:**

**Court Division**: (Select One)           New Defendant(s) ____Yes ____No
                                           Number of New Defendants ____
   Miami ____   Key West ____              Total number of counts ____
   FTL  X      WPB ____   FTP ____

   I do hereby certify that:
1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    Yes
   List language and/or dialect   Spanish

4. This case will take   0   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                     (Check only one)

   I    0 to 5 days    X           Petty     ____
   II   6 to 10 days   ____        Minor     ____
   III  11 to 20 days  ____        Misdem.   ____
   IV   21 to 60 days  ____        Felony      X
   V    61 days and over ____

6. Has this case been previously filed in this District Court?   NO   (Yes or No)
   If yes:
   Judge: _____   Case No. _____
             (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   No   (Yes or No)
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case?   NO   (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____Yes   X  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____Yes   X  No

                                       _____
                                       RANDALL D. KATZ
                                       ASSISTANT UNITED STATES ATTORNEY
                                       Florida Bar No./Court No. A55000942

Penalty Sheet(s) attached                                        REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: JENNY HERNANDEZ**

**Case No**: _____

Counts #: 1-4

   Material False Statement on Immigration Document

   In violation of Title 18, United States Code, Section 1546(a)

**\* Max. Penalty:** Ten (10) years' imprisonment; three (3) year supervised release; and $250,000 fine.

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: JENNY HERNANDEZ _____

$100,000 Personal Surety bond co-signed by defendant's brother

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Randall D. Katz

Last Known Address: _____

_____

_____

What Facility:   _____

_____

Agent(s):   Scott Unger, HSI _____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Jenny Hernandez, | ) | |
| | ) | |
| Defendant. | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

KRISTIN FIGUEROA-CONTRERAS, ESQ.
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____, United States Magistrate Judge
*Judge's printed name and title*