UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 1:19-CR-60134-ZLOCH/HUNT

UNITED STATES OF AMERICA

    Plaintiff,

v.

JENNY HERNANDEZ,

    Defendant.
_____/

## NOTICE OF PERMANENT APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned is authorized to practice in this Court and hereby enters her permanent appearance in this action as counsel for the Defendant, JENNY HERNANDEZ, for proceedings in the district court only.

All pleadings and papers in this action should be served electronically via CM/ECF to kristy@figueroa-law.com.

Dated this 24th day of May, 2019.

    Respectfully submitted,

    /s/ *Kristin Figueroa-Contreras*
    _____
    Kristin D. Figueroa-Contreras, Esq.
    Florida Bar No. 643394
    FIGUEROA-CONTRERAS LAW GROUP, PLLC
    2030 S. Douglas Road, Suite 204
    Coral Gables, FL 33134
    Telephone:   305-639-8599
    Facsimile:    305-397-1384
    E-mail:       kristy@figueroa-law.com
    Counsel for Defendant

**FIGUEROA-CONTRERAS LAW GROUP, PLLC**
IMMIGRATION & CRIMINAL TRIAL PRACTICE
THE MINORCA, 2030 SOUTH DOUGLAS ROAD, SUITE 204
CORAL GABLES, FLORIDA 33134 UNITED STATES
TEL. (+1) 305-639-8599 / FAX: (+1) 305-397-1384
WEB: *WWW.FIGUEROA-LAW.COM* / E-MAIL: *MIAMI@FIGUEROA-LAW.COM*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 24th day of May, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

/s/ *Kristin Figueroa-Contreras*
_____
Kristin D. Figueroa-Contreras, Esq.
Florida Bar No. 643394
FIGUEROA-CONTRERAS LAW GROUP, PLLC
2030 S. Douglas Road, Suite 204
Coral Gables, FL 33134
Telephone:   305-639-8599
Facsimile:   305-397-1384
E-mail:   kristy@figueroa-law.com
Counsel for Defendant

**FIGUEROA-CONTRERAS LAW GROUP, PLLC**
IMMIGRATION & CRIMINAL TRIAL PRACTICE
THE MINORCA, 2030 SOUTH DOUGLAS ROAD, SUITE 204
CORAL GABLES, FLORIDA 33134 UNITED STATES
TEL. (+1) 305-639-8599 / FAX: (+1) 305-397-1384
WEB: *WWW.FIGUEROA-LAW.COM* / E-MAIL: *MIAMI@FIGUEROA-LAW.COM*

**FIGUEROA-CONTRERAS LAW GROUP, PLLC**
IMMIGRATION & CRIMINAL TRIAL PRACTICE
THE MINORCA, 2030 SOUTH DOUGLAS ROAD, SUITE 204
CORAL GABLES, FLORIDA 33134 UNITED STATES
TEL. (+1) 305-639-8599 / FAX: (+1) 305-397-1384
WEB: *WWW.FIGUEROA-LAW.COM* / E-MAIL: *MIAMI@FIGUEROA-LAW.COM*