UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60134-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs. **O R D E R**

JENNY HERNANDEZ,

    Defendant.
_____/

THIS MATTER is before the Court upon the Report And Recommendation On Change Of Plea (DE 11) filed herein by United States Magistrate Judge Patrick M. Hunt. The Parties have filed their Joint Notice By The United States of America And Defendant Jenny Hernandez Accepting Without Objection Magistrate's Report And Recommendation To Accept Entry Of Guilty Plea (DE 12), and thus, no objections to said Report have been filed. The Court has conducted a de novo review of the entire record herein and is otherwise fully advised in the premises.

In his Report And Recommendation (DE 11), Magistrate Judge Hunt, after conducting a hearing, recommends that the Court accept Defendant Hernandez's plea of guilty to Counts 1, 2, 3 and 4 of the Information (DE 1) and that she be adjudged guilty of these offenses. Additionally the Court notes that Defendant Hernandez has signed a Waiver Of Indictment (DE 7). The Court adopts Magistrate Judge Hunt's findings, as stated in the instant Report And Recommendation (DE 11).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report And Recommendation On Change Of Plea (DE 11)

filed herein by United States Magistrate Judge Patrick M. Hunt be and the same is hereby approved, adopted, and ratified by the Court;

2. Being satisfied that there is a factual basis for guilt, the Court accepts Defendant Hernandez's plea of guilty to Counts 1, 2, 3 and 4 of the Information (DE 1) and adjudges her guilty at this time; and

3. Sentencing is hereby **SET** in the above-styled cause before this Court on Thursday, August 29, 2019, at 10:30 a.m. before the Honorable William J. Zloch, in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___4th___ day of June, 2019.

WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

The Honorable Patrick M. Hunt
United States Magistrate Judge

All Counsel of Record