19 CR-60134

Honorable Judge Marcia Gail Cook

Southern District of Florida

Wilkie D. Ferguson Jr. United States Court House

400 North Miami Avenue, Room 11-2

Miami, Florida 33128

April 13, 2020

FILED BY _____ D.C.

APR 15 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Dear Judge Cook:

My name is Joel Ledezma, I am an American citizen living in Parkland, Florida. As of October 16, 2019 my wife Jenny Hernandez, whom I have been married to for over 25 years, was sentenced to 18 months at the Federal Detention Center in Miami.

My wife Jenny has had a history of brain related conditions. In 2009 she had a procedure done in her brain due to her chronic migraine condition. To this day she still experiences the symptoms and gets uncomfortable headaches. Just weeks before beginning her sentence she was hospitalized due to her condition. Even during her sentence while she has been under the care of the Federal Detention Center she was found to have a tumor in her brain and was recommended to receive surgery.

The purpose of this letter, your honor, is to ask very humbly to consider awarding my wife Jenny Hernandez a Compassionate Release. Due to the very nature of her condition along with the circumstances we are facing with the COVID-19 pandemic, I fear for my wife's health and wellbeing. She is a low risk, well-behaved inmate with a serious health condition that is further developing. For these reasons I respectfully ask Honorable Judge Cook to please consider granting Jenny Hernandez Compassionate Release.

Thank you for your time and consideration in this matter.

Sincerely,

Joel Ledezma

MAIL

elivery specified for domestic use.
ACKING™ included to many major
nal destinations.
ternational insurance.
vailable.
plies online.
d internationally, a customs
n may be required.





U.S. POSTAGE
$7.50
PM 1-DAY
33065 0005
Date of sale
04/14/20
08  2S  SSK
11415516

**PRIORITY MAIL 1-DAY®**

EXPECTED DELIVERY 0.40 oz
0005



SHIP
TO:
400 N MIAMI AVE
MIAMI FL 33128

USPS TRACKING® NUMBER



9505 5066 3786 0105 1698 39


EP14 Oct 2018
OD: 11 5/8 x 15 1/8
000000013




**PRIORITY**
★ MAIL ★

**UNITED STATES POSTAL SERVICE®**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Joel Ledesma
11875 NW. 81st Court
Parkland, Fl. 33076

TO: Honorable Judge
Marcia Gail Cook
Wilkie D. Ferguson JR.
United States Court House
400 North Miami Ave.
Room 11-2
Miami Florida 33128

To schedule free
Package Pickup,
scan the QR code.

USPS.COM/PICKUP

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE